**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| UNITED STATES OF AMERICA, | **INDICTMENT** |
| v. | CRIMINAL NO. 25-*070* (FAB) |
| EZEQUIEL RODRÍGUEZ-POLANCO,<br>Defendant | VIOLATION:<br>8 U.S.C. § 1326(a)<br>(ONE COUNT) |

**THE GRAND JURY CHARGES:**

**COUNT ONE**
**Re-entry of Removed Alien**
**(Title 8, *United States Code*, Section 1326(a))**

RECEIVED & FILED
CLERK'S OFFICE
FEB -6 2025
US DISTRICT COURT
SAN JUAN, PR

On or about January 31, 2025, in the District of Puerto Rico and within the jurisdiction of this Court, the defendant,

**EZEQUIEL RODRÍGUEZ-POLANCO,**

who is an alien, as the term is defined in Title 8, *United States Code*, Section 1101(a)(3), and who has been previously removed from the United States, was found in the United States, without obtaining, prior to his re-embarkation at a place outside the United States, the express consent of the Secretary of Homeland Security to reapply for admission into the United States. All in violation of Title 8, *United States Code*, Section 1326(a).

W. STEPHEN MULDROW
United States Attorney

Jenifer Y. Hernández-Vega
Assistant United States Attorney
Chief, Child Exploitation, Immigration Unit

Steven Liong-Rodríguez
Special Assistant United States Attorney

TRUE BILL

Foreperson
Dated: February 6, 2025